UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE OROZCO,

    Plaintiff,

                                         Case No. 08-13810

v.

                                         Hon. John Corbett O'Meara

CITY OF MONROE,

    Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND
## AND AMENDING SCHEDULING ORDER

Before the court is Plaintiff's motion to amend his complaint, filed April 2, 2009, and Defendant's motion to extend all court dates, filed March 30, 2009. Plaintiff concurs in the relief sought in Defendant's motion; Defendant has not filed a response to Plaintiff's motion. Pursuant to L.R. 7.1(e)(2), the court did not hear oral argument.

Plaintiff seeks to add Michael Soave as a plaintiff to this action, in which Plaintiff alleges that the City of Monroe rezoned his property without providing him with the required notice. Soave is a co-owner of the property at issue; his claims against Defendant are identical to those already asserted by Plaintiff. Because Defendant does not allege that it would be prejudiced or that the amendment would create undue delay, the court finds that leave to amend should be granted pursuant to Rule 15(a). See Foman v. Davis, 371 U.S. 178, 182 (1962).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's April 2, 2009 motion to amend is GRANTED, consistent with the court's ruling on Defendant's motion for summary judgment issued May 1, 2009.

IT IS FURTHER ORDERED that Defendant's motion to extend dates is GRANTED.

The scheduling order is amended as follows:

    Discovery must be completed by:    July 1, 2009

    Dispositive motion cutoff:    August 3, 2009

    Joint final pretrial order due:    October 16, 2009

    Final pretrial conference:    **October 21, 2009, at 2:30 p.m.**

    Trailing trial term begins:    November 3, 2009

**SO ORDERED.**

    s/John Corbett O'Meara
    United States District Judge

Date:  May 4, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 4, 2009, by electronic and/or ordinary mail.

    s/William Barkholz
    Case Manager